UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL H. LAMB,

    Plaintiff,

v.                                      Case No. 3:18cv2094-LC-CJK

SANTA ROSA JAIL MEDICAL DEPT.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court on referral from the clerk. On September 20, 2018, the court ordered plaintiff to either pay the $400.00 filing and administrative fees, or correct the deficiency in his *in forma pauperis* application by submitting a prisoner consent form accompanied by a financial certificate and 6-month printout of his inmate trust account. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in dismissal of this case. Plaintiff has not complied with the order and has not responded to the November 6, 2018, order (doc. 5) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with a court order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 4th day of December, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.