UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL H. LAMB,

    Plaintiff,

v.                                                     Case No. 3:18cv2094-LC-CJK

SANTA ROSA JAIL MEDICAL DEPT.,

    Defendant.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated December 4, 2018 (doc. 6). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

After reviewing the Report and Recommendation, the Court has determined that it should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order.

3. The clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** this 4th day of January, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**